# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CENTER FOR LAW AND JUSTICE,<br>201 Maryland Avenue, NE<br>Washington, DC 20002<br><br>       Plaintiff,<br><br>vs.<br><br>DEPARTMENT OF STATE,<br><br>       Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case Action No. 23-cv-00608<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE REQUIRED BY LCVR 26.1 OF THE LOCAL RULES**
**OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA:**

      I, the undersigned counsel of record for Plaintiff American Center for Law and Justice, certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of Plaintiff American Center for Law and Justice which have any outstanding securities in the hands of the public.

      These representations are made in order that judges of this Court may determine the need for recusal.

Dated: March 6, 2023                    Respectfully submitted,

                                                    /s/ *John A. Monaghan*
                                                  JOHN A. MONAGHAN (D.C. Bar # VA109)
                                                  THE AMERICAN CENTER FOR LAW AND JUSTICE
                                                  1000 Regent University Dr., RH-422
                                                  Virginia Beach, VA 23464
                                                  Email: jmonaghan@aclj.org
                                                  Telephone: (757) 955-8171
                                                  Facsimile: (757) 226-2836
                                                  *Counsel for Plaintiff*