IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CENTER FOR LAW AND JUSTICE,<br>       Plaintiff,<br><br>vs.<br><br>DEPARTMENT OF STATE<br>       Defendant. | Case Action No. 23-cv-00608 |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

    Plaintiff American Center for Law and Justice.

Dated: March 6, 2023.                         Respectfully submitted,

                                                          By /s/ *John A. Monaghan*
                                                          JOHN A. MONAGHAN (Bar No. VA109)
                                                          AMERICAN CENTER FOR LAW AND JUSTICE
                                                          1000 Regent University Dr., RH-422
                                                          Virginia Beach, VA 23464
                                                          Email: jmonaghan@aclj.org
                                                          Telephone: (757) 955-8171
                                                          Facsimile: (757) 226-2836
                                                          *Counsel for Plaintiff*