# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

American Center for Law and Justice )
*Plaintiff* )
)
v. ) Civil Action No. 1:23-cv-00608
Department of State )
)
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington DC 20530-0001

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John A. Monaghan
American Center for Law and Justice
201 Maryland Avenue, N.E.
Washington, D.C. 20002

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 3/7/2023

/s/ Ro'Shaila Williams
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

American Center for Law and Justice

*Plaintiff*

v.

Department of State

*Defendant*

Civil Action No. 1:23-cv-00608

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
United States Attorney for the District of Columbia
United States Attorney's Office
Civil Process Clerk
555 4th Street, N.W.
Washington D.C. 20530

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John A. Monaghan
American Center for Law and Justice
201 Maryland Avenue, N.E.
Washington, D.C.  20002

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*



Date: 3/7/2023

/s/ Ro'Shaila Williams

*Signature of Clerk or Deputy Clerk*

FOIA Summons (12/11) (Page 2)

Civil Action No. 1:23-cv-00608

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

FOIA Summons
1/13

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

American Center for Law and Justice )
    *Plaintiff* )
 )
v. ) Civil Action No. 1:23-cv-00608
 )
Department of State )
    *Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
United States Department of State
The Executive Office
Office of the Legal Adviser, Suite 5.600
600 19th Street NW
Washington DC 20522

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John A. Monaghan
American Center for Law and Justice
201 Maryland Avenue, N.E.
Washington, D.C.  20002

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 3/7/2023



/s/ Ro'Shaila Williams
*Signature of Clerk or Deputy Clerk*