**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN CENTER FOR LAW AND JUSTICE )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF STATE )<br>)<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 23-0608 (ABJ) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Bradley G. Silverman, Assistant United States Attorney, as counsel of record for Defendant in the above-captioned case.

Dated: April 6, 2023

                                        Respectfully Submitted,

                                        */s/ Bradley G. Silverman*_____
                                        BRADLEY G. SILVERMAN
                                        Assistant United States Attorney
                                        DC Bar #1531664
                                        601 D Street, N.W., 7th Floor
                                        Washington, D.C. 20530
                                        Tel: (202) 252-2575
                                        Email: bradley.silverman@usdoj.gov

                                        *Counsel for the Defendant*