# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

American Center for Law and Justice

          **Plaintiff**

                               Case No.: 1:23-cv-00608-ABJ

                      vs.

United States Department of State

          **Defendant**

## AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

I, Stephanie Maddox, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons and Complaint for Declaratory and Injunctive Relief with Attachments

SERVE TO: United States Department of State c/o The Executive Office, Office of the Legal Adviser

SERVICE ADDRESS: 600 19th Street, NW, Suite 5.600, Washington, DC 20522

METHOD OF SERVICE: Per COVID-19 service of process protocol, service was completed by mailing a copy of the documents listed herein to United States Department of State c/o The Executive Office, Office of the Legal Adviser at 600 19th Street, NW, Suite 5.600, Washington, DC 20522 on 03/21/2023 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 7022 3330 0002 2911 1419. Service was signed for on 03/30/2023, return receipt attached.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

04/06/23
Executed On

Stephanie Maddox

Client Ref Number: N/A
Job #: 1616019

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

FOIA Summons
1/13

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

American Center for Law and Justice )
_____ )
*Plaintiff* )
)
v. ) Civil Action No. 1:23-cv-00608
)
Department of State )
_____ )
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To:     *(Defendant's name and address)*

United States Department of State
The Executive Office
Office of the Legal Adviser, Suite 5.600
600 19th Street NW
Washington DC 20522

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John A. Monaghan
American Center for Law and Justice
201 Maryland Avenue, N.E.
Washington, D.C. 20002

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*



Date: 3/7/2023

/s/ Ro'Shaila Williams

*Signature of Clerk or Deputy Clerk*

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>United States Department of State<br>600 19th Street, NW, Suite 5.600<br>Washington, DC 20522<br><br>[barcode]<br>9590 9402 7744 2152 1126 42 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>2023 MAR 30<br>DEPARTMENT OF STATE<br><br>3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500)<br>☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7022 3330 0002 2911 1419 | |
| PS Form 3811, July 2020 PSN 7530-02-000-9053 | Domestic Return Receipt |