# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**American Center for Law and Justice**

                          **Plaintiff**

Case No.: 1:23-cv-00608-ABJ

                                **vs.**

**United States Department of State**

                          **Defendant**

## AFFIDAVIT OF SERVICE

I, Justin Cohen, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons and Complaint for Declaratory and Injunctive Relief with Attachments in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 03/22/2023 at 12:48 PM, I served United States Attorney for the District of Columbia c/o United States Attorney's Office, Civil Process Clerk at 601 D Street, NW, Washington, DC 20001 with the Summons and Complaint for Declaratory and Injunctive Relief with Attachments by serving Erin Trotta, Paralegal Specialist, authorized to accept service.

Erin Trotta is described herein as:

Gender: Female   Race/Skin: White   Age: 30   Weight: 150   Height: 5'7"   Hair: Blonde   Glasses: No

I declare under penalty of perjury that this information is true and correct.

3/24/23
Executed On

Justin Cohen

Client Ref Number: N/A
Job #: 1616023

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

FOIA Summons
1/13

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

American Center for Law and Justice )
  *Plaintiff* )
 )
v. ) Civil Action No. 1:23-cv-00608
 )
Department of State )
  *Defendant* )

## SUMMONS IN A CIVIL ACTION

To:  *(Defendant's name and address)*

United States Attorney for the District of Columbia
United States Attorney's Office
Civil Process Clerk
555 4th Street, N.W.
Washington D.C. 20530

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John A. Monaghan
American Center for Law and Justice
201 Maryland Avenue, N.E.
Washington, D.C.  20002

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



ANGELA D. CAESAR, CLERK OF COURT

Date: 3/7/2023

/s/ Ro'Shaila Williams
*Signature of Clerk or Deputy Clerk*