UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CENTER FOR LAW AND JUSTICE,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF STATE,<br><br>*Defendant*. | Civil Action No. 23-0608 (ABJ) |

## **ANSWER**

Defendant Department of State, by and through the undersigned counsel, respectfully responds as follows to the separately numbered paragraphs and prayer for relief in Plaintiff American Center for Law and Justice's complaint, ECF No. 1, in this case under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. Any allegations not specifically admitted, denied, or otherwise responded to below are hereby denied. To the extent the complaint refers to or quotes from external documents, statutes, or other sources, Defendant may refer to such materials for their complete and accurate contents, but such references are not intended to be, and should not be construed as, an admission that the cited materials are (1) correctly cited or quoted by Plaintiff, (2) relevant to this, or any other, action, or (3) admissible in this, or any other, action. For ease of reference, this answer replicates the headings contained in the complaint. Although Defendant believes such headings require no response, to the extent a response is deemed required and those headings and titles could be construed to contain factual allegations, those allegations are denied.

## COMPLAINT

The unnumbered paragraph at the beginning of the complaint consists of Plaintiff's characterization of this action and the relief it seeks, which requires no response. To the extent a response is required, Defendant denies that Plaintiff is entitled to the relief sought or to any relief whatsoever.

## JURISDICTION AND VENUE

1. This paragraph consists of legal conclusions, which require no response.

2. This paragraph consists of legal conclusions, which require no response.

3. This paragraph consists of legal conclusions, which require no response.

4. This paragraph consists of legal conclusions, which require no response.

## PARTIES

5. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

6. Defendant admits that it is an agency of the United States with offices at the location specified. The remainder of this paragraph consists of legal conclusions, which require no response.

## FACTUAL ALLEGATIONS

7. Defendant admits that on November 30, 2022, it received a FOIA request from Plaintiff, and that a copy of that request is attached as Exhibit A to the complaint.

8. This paragraph consists of a purported excerpt of Plaintiff's FOIA request. Defendant avers that the request is the best evidence of its contents, respectfully refers the Court to the request for a complete and accurate statement of its contents, and denies any allegations inconsistent with the request.

9. This paragraph consists of legal conclusions, which require no response, as well as a purported excerpt of Plaintiff's FOIA request. Defendant avers that the request is the best evidence of its contents, respectfully refers the Court to the request for a complete and accurate statement of its contents, and denies any allegations inconsistent with the request.

10. Defendant admits that it sent Plaintiff an email dated December 8, 2022. The remainder of this paragraph consists of a purported characterization of that email. Defendant avers that the email is the best evidence of its contents, respectfully refers the Court to the email for a complete and accurate statement of its contents, and denies any allegations inconsistent with the email.

11. Defendant admits that it had not sent Plaintiff any additional communications by the date that Plaintiff filed the complaint.

## CAUSE OF ACTION

### COUNT I
### Violation of the Freedom of Information Act

12. Defendant re-alleges and incorporates its responses to paragraphs 1 through 11 as if fully set forth herein.

13. This paragraph consists of legal conclusions, which require no response.

14. This paragraph consists of excerpts and Plaintiff's characterization of a statute. Defendant avers that the statute is the best evidence of its contents, respectfully refers the Court to the statute for a complete and accurate statement of its contents, and denies any allegations inconsistent with the statute.

15. This paragraph consists of legal conclusions, which require no response.

16. Admitted.

17. Admitted.

18. Admitted.

19. This paragraph consists of legal conclusions, which require no response.

20. This paragraph consists of legal conclusions, which require no response.

21. This paragraph consists of Plaintiff's characterization of an email that Defendant sent it. Defendant avers that the email is the best evidence of its contents, respectfully refers the Court to the email for a complete and accurate statement of its contents, and denies any allegations inconsistent with the email.

22. This paragraph consists of legal conclusions, which require no response.

23. This paragraph consists of legal conclusions, which require no response.

24. This paragraph consists of legal conclusions, which require no response. To the extent a response is required, denied.

25. This paragraph consists of legal conclusions, which require no response.

26. This paragraph consists of legal conclusions, which require no response.

27. This paragraph consists of legal conclusions, which require no response.

28. This paragraph consists of legal conclusions, which require no response.

29. This paragraph consists of legal conclusions, which require no response.

The remaining allegations in Plaintiff's complaint consist of Plaintiff's "Prayer for Relief," which requires no response. To the extent a response may be deemed required, Defendant denies that Plaintiff is entitled to the relief requested, or to any relief whatsoever.

\* \* \*

In further response to the complaint, Defendant raises the following defenses. Defendant respectfully requests and reserves the right to amend, alter, and supplement the defenses in this

answer as the facts and circumstances giving rise to the complaint become known to Defendant throughout the course of this litigation.

First Defense

Defendant conducted an adequate search for records responsive to the FOIA requests.

Second Defense

Plaintiffs are not entitled to production of records protected from disclosure by one or more applicable exemptions the release of which foreseeably would harm an interest that the exemption protects, or which are protected from disclosure by one or more applicable exclusions.

Third Defense

Plaintiffs are not entitled to production of non-exempt portions of records that are not reasonably segregable from exempt portions of records.

Fourth Defense

The Court lacks subject matter jurisdiction over this action to the extent that any requested relief exceeds the relief authorized by the FOIA.

Fifth Defense

Plaintiffs are neither eligible for nor entitled to attorneys' fees or costs.

Dated: May 1, 2023                    Respectfully submitted,

                                            MATTHEW M. GRAVES
                                            D.C. Bar #481051
                                            United States Attorney

                                            BRIAN P. HUDAK
                                            Chief, Civil Division

By:   /s/_____
        BRADLEY SILVERMAN
        D.C. Bar #1531664
        Assistant United States Attorney
        601 D Street NW

Washington, DC 20530
(202) 252-2575
bradley.silverman@usdoj.gov

*Attorneys for the United States of America*