UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CENTER FOR LAW AND JUSTICE,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF STATE,<br><br>*Defendant*. | Civil Action No. 23-0608 (ABJ) |

## NOTICE

Pursuant to this Court's Minute Order (May 1, 2023), Defendant Department of State, by and through the undersigned counsel, apologizes to this Court and to Plaintiff for its inadvertent failure to file the answer timely. The undersigned will endeavor to avoid repeating this error.

Dated: May 1, 2023

Respectfully submitted,

MATTHEW M. GRAVES
D.C. Bar #481051
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:     /s/
BRADLEY SILVERMAN
D.C. Bar #1531664
Assistant United States Attorney
601 D Street NW
Washington, DC 20530
(202) 252-2575
bradley.silverman@usdoj.gov

*Attorneys for the United States of America*