UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CENTER FOR LAW AND JUSTICE,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF STATE,<br><br>*Defendant*. | Civil Action No. 23-0608 (ABJ) |

## DEFENDANT'S STATUS REPORT

Pursuant to this Court's Minute Order (May 2, 2023), Defendant Department of State, by and through the undersigned counsel, respectfully files this Status Report to apprise the Court of the status of the search for, processing of, and production of records responsive to Plaintiff American Center for Law and Justice's request under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. Defendant has completed its search for records responsive to each of Plaintiff's 17 sub-requests, and located about 19,983 potentially responsive records. This figure does not include attachments to emails, however, so the actual number of potentially responsive records may be substantially higher. This figure also does not account for the number of pages in each record, so the number of potentially responsive pages likely is substantially higher, as well. The parties have conferred, and Defendant proposes, with Plaintiff's consent, to process records at a rate of 450 potentially responsive pages every six weeks, with a first production by July 1, 2023, or earlier.

Dated: May 30, 2023

Respectfully submitted,

MATTHEW M. GRAVES
D.C. Bar #481051
United States Attorney

                BRIAN P. HUDAK
                Chief, Civil Division

By:    /s/ _____
        BRADLEY SILVERMAN
        D.C. Bar #1531664
        Assistant United States Attorney
        601 D Street NW
        Washington, DC 20530
        (202) 252-2575
        bradley.silverman@usdoj.gov

*Attorneys for the United States of America*