UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CENTER FOR LAW AND JUSTICE,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF STATE,<br><br>*Defendant*. | Civil Action No. 23-0608 (ABJ) |

## JOINT STATUS REPORT

Pursuant to this Court's Minute Order (June 1, 2023), Plaintiff American Center for Law and Justice and Defendant U.S. Department of State, by and through the undersigned counsel, respectfully submit this Joint Status Report ("JSR") to apprise the Court of the status for the search for, processing of, and production of records responsive to Plaintiff's request under the Freedom of Information Act. Since the parties' most recent JSR, the Department has processed 450 pages of records. Of these, the Department produced seven pages in full, produced 118 pages in part, withheld six pages in full, and determined 319 pages to be either non-responsive or duplicates.

Dated: July 5, 2023

By: /s/ John A. Monaghan
JOHN A. MONAGHAN
DC Bar No. VA109
BENJAMIN P. SISNEY
DC Bar No. 1044721
201 Maryland Ave. NE
Washington, DC 20002
Telephone: (202) 546-8890
Fascimile: (202) 546-9309
Email: bsisney@aclj.org
Email: jmonaghan@aclj.org

*Counsel for Plaintiff*

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: /s/ Bradley G. Silverman
BRADLEY G. SILVERMAN, D.C. Bar #1531664
Assistant United States Attorney
601 D Street NW
Washington, DC 20530
(202) 252-2575

*Counsel for Defendant*