UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CENTER FOR LAW AND JUSTICE,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF STATE,<br><br>*Defendant*. | Civil Action No. 23-0608 (ABJ) |

## JOINT STATUS REPORT

Pursuant to this Court's Minute Order (July 6, 2023), Defendant Department of State, by and through the undersigned counsel, respectfully files this Joint Status Report ("JSR") to apprise the Court of the status of the search for, processing of, and production of records responsive to Plaintiff American Center for Law and Justice's request under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. Since the parties' most recent JSR, the Department made a production on August 14, 2023. After processing 450 pages, the Department identified two records as responsive, released one in part, and withheld the other in its entirety, for a total production of five pages. The Department expects to make its next production on September 25, 2023. The parties propose that this Court direct them to submit another JSR by December 5, 2023.

Dated: September 5, 2023

By: /s/ John A. Monaghan
JOHN A. MONAGHAN
DC Bar No. VA109
BENJAMIN P. SISNEY
DC Bar No. 1044721
201 Maryland Ave. NE
Washington, DC 20002
Telephone: (202) 546-8890

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: /s/ Bradley G. Silverman
BRADLEY G. SILVERMAN, D.C. Bar #1531664

| | |
|---|---|
| Fascimile: (202) 546-9309<br>Email: bsisney@aclj.org<br>Email: jmonaghan@aclj.org<br><br>*Counsel for Plaintiff* | Assistant United States Attorney<br>601 D Street NW<br>Washington, DC 20530<br>(202) 252-2575<br><br>*Counsel for Defendant* |